## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| MOTIVERSE INC. | |
| PLAINTIFF(S) | 8:25–cv–01590 |
| v. | |
| LOGITECH, INC. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____        _____        _____

Date Filed            Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  July 28, 2025           By:  /s/ *Megan K Zari  megan_zari@cacd.uscourts.gov*
                                                Deputy Clerk